Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd, Suite 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,

# UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| DESISLAVA KRAPF ) | Case No.: CV08-7685 CAS (AJWx) |
| ) | |
| Plaintiff, ) | |
| ) | **VOLUNTARY DISMISSAL** |
| vs. ) | |
| ) | |
| VALENTINE & KEBARTAS, INC. ) | |
| ) | |
| Defendant. ) | |

## **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, DESISLAVA KRAPF, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: February 26, 2009                    KROHN & MOSS, LTD.


By: /s/ Nicholas J. Bontrager

Nicholas J. Bontrager

Attorney for Plaintiff,
DESISLAVA KRAPF

- 1 -